QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7364
Fax: (212) 849-7100
Email: alexspiro@quinnemanuel.com

Derek L. Shaffer (CA Bar No. 212746)
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8123
Fax: (202) 538-8100
Email: derekshaffer@quinnemanuel.com

Kyle K. Batter (CA Bar No. 301803)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kylebatter@quinnemanuel.com

*Attorneys for Plaintiff Tesla, Inc.*

**GRANTED**

Judge Thomas S. Hixson

The Clerk shall close the case.
DATED: 5/20/2020

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TESLA, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALAMEDA COUNTY, CALIFORNIA;<br><br>　　　　Defendant. | Case Number: 4:20-cv-03186<br><br>**NOTICE OF DISMISSAL** |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tesla, Inc., by and through its undersigned counsel, hereby dismisses its complaint in Case Number 4:20-cv-03186 without prejudice.

Dated: May 20, 2020

/s/ Alex Spiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7364
Email: alexspiro@quinnemanuel.com

Derek L. Shaffer (Bar No. 212746)
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8123
Email: derekshaffer@quinnemanuel.com

Kyle K. Batter (Bar No. 301803)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Email: kylebatter@quinnemanuel.com

*Attorneys for Plaintiff*

**ATTESTATION**

I, Kyle K. Batter, am the ECF User whose ID and password are being used to file this Notice of Dismissal.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Alex Spiro has concurred in this filing.

DATED: May 20, 2020                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Kyle Batter*

Kyle Batter