Robert O'Bern
RobertEberwein@
netscape.net
~~IRK DRIVER SYS GANGS 2000~~
4815-Evans 214 U.S.D.C
Reno, NV-89~

RECEIVED
APR 26 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Tesla
vs
ALAMEDA

20-CV-03186
Misfiled
20-CV-08055

Robert Eberwein
(20-CV-08055)
Belong 20-CV-
03186-TSH
X-Complain

Proposed Order
Case Correction
5/18/2022 Nun PRO
TUNC

On 5/18/2020 Robert Eberwein Filed A X-Complaint And Declination To Magistrate TSH. SAME DAY ANA SPRINKLES MAILED BACK TO RENO NEVADA 05/22/2020 WAS REFILED AND KEPT TILL 06/25/2020 Refiled 11/13/2020. COURT RE OPEN 20-CV-03186 and CLOSED 20-CV-08055