Robert Eberwein
465 Evans 214
Reno NV
roberteberwein
and
415-

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
APR 26 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

LORENZO COMMONS, LLC

Plaintiff(s),

v.

ROBERT EBERWEIN aka ROBERT D. EBERWEIN,

Defendant(s).

Case No. C 16-cv-4588-VC   [20-cv-03186-TSH]

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

☑ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 05/16/2022    NAME: ~~TODD B. ROTHBARD~~ ROBERT D EBERWEIN

COUNSEL FOR (OR ~~"PRO SE"~~): LORENZO COMMONS, LLC

Signature