FILED

Nov 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

RECEIVED

APR 26 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Robert Eberwein
15934 hesperian blvd suite 280
San Lorenzo,ca 94580

USDC NDCA

COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

CV 20-8055 LB

Robert Eberwein ,

_X_ Plaintiff,

vs.

Greg Villarnos, Tesla Human Resource

Department ,Tesla Information

Technology Department  Elon Musk and

Tesla , _Third Party 14b_

_X_ Defendants

BRUCE T BEASLEY

Case No. 4:20-cv-03186-TSH
08 USC 157

Complaint for Declaratory Relief
(Federal R . Civ P 57)

RECEIVED

Jurisdiction

1)  Plaintiff Robert Eberwein is a citizen of the state of California and works at 4500

Fremont  Blvd Fremont California (Tesla manufacturing plant.) .. Defendant Tesla

and et al  is incorporated in Delaware. Headquarters is in Palo Alto California  The

nda agreement allows the federal court to hear the issue in question . The nda is

attached as exhibt A .

Nature of dispute

RECEIVED

1

Double sided

1)Greg Villarmos ,A tesla human resource agent , on the phone on september 12,2019 before working hours and in writing on September 19,2019  have alleged Robert Eberwein  breached  the Tesla's  non disclosure agreement.Robert Eberwein on September 12,2019 and on September 19,2019 informed Greg Villarmos verbally and by email That he  did no breach the non disclosure.agreement . Elon musk ,The ceo, of Tesla , was informed by email on September 19,2,19 of my objections to the alleged breach of the non disclosure agreement .

2)  From now on Greg Villarmos ,Tesla Human Resource Department , Tesla Information Department ,Tesla and Elon Musk will be referred to Tesla et al

3)  The defendant Tesla et al has not given any Time and date the alleged breach occurred, the  non disclosure agreement  or  and  how Tesla was damaged .

Declaration sought

In order to resolve this controversy plaintiff requests that pursuant to 28 usc 2201 this court declare the respective rights and duties of the parties in this matter and in particular  Robert Eberwein did not breach Tesla`s non disclosure agreement .

Request for relief

1)  This court render a declaratory judgment against Tesla et al  that Robert Eberwein did not breach a non disclosure agreement and is an employee of Tesla motors .

2)  Robert Eberwein is entitled to all loss wages and stock grants .

3)  Robert Eberwein recover the costs of the suit .

4)  This court grant Robert Eberwein any amd all relief to which he is entitled to .

1   Attorney Names
    Attorneys' Business Address
2   City, ST ZIP Code
    Phone | Fax
3   Email

4                     COURT NAME

5                     JURISDICTION

6   PLAINTIFF'S NAME,              Case No.: Number 9:20-cv-0318

7            Plaintiff,

8   vs.                  NDA EDD TERMINATION VACATED
                            DEMONSTRATIVE GUILE PYSCHOSIS

9   DEFENDANT'S NAME,

10           Defendant

11   Content Menu

12           nda edd termination vacated de
      Search: ◄            ►

13   Recent Searches Menu

14   Results are available, use up and down arrow keys to navigate

15   End Of List

16

17

18

19

20

21

22

23

24

25

26

27

28

  NDA EDD TERMINATION VACATED DEMONSTRATIVE GUILE PYSCHOSIS - 1

*4:20-CV-0318-TSH*



In response to recent leaks of confidential Tesla information, we are reminding everyone who works at Tesla, whether full-time, temporary or via contract, of their confidentiality obligations and asking them to reaffirm their commitment to honor them.

These obligations are straightforward. Provided that it's not already public information, everything that you work on, learn about or observe in your work about Tesla is confidential information under the agreement that you signed when you first started. This includes information about products and features, pricing, customers, suppliers, employees, financial information, and anything similar. Additionally, regardless of whether information has already been made public, it is never OK to communicate with the media or someone closely related to the media about Tesla, unless you have been specifically authorized in writing to do so.

Unless otherwise allowed by law or you have received written approval, you must not, for example, discuss confidential information with anyone outside of Tesla, take or post photos or make video or audio recordings inside Tesla facilities, forward work emails outside of Tesla or to a personal email account, or write about your work in any social media, blog, or book. If you are unsure, check with your manager, HR, or Legal. Of course, these obligations are not intended to limit proper communications with government agencies.

The consequence for careless violation of the confidentiality agreement, could include, depending on severity, loss of employment. Anyone engaging in intentional violation of the confidentiality agreement will be held liable for all the harm and damage that is caused to the company, with possible criminal prosecution. These obligations remain in place even if no longer working at Tesla.

---

By acknowledging, I affirm my agreement to comply with my confidentiality obligations to Tesla. I also represent that at no time over the past 12 months have I disclosed any Tesla confidential information outside of Tesla unless properly authorized to do so.

_Robleus Elenin_   5/18/2020

T E S L A

1313







2307056

Dear Chaledeeannka,

Welcome to Nugget Advantage Rewards! We are improving our Player Loyalty program for you, bringing plenty of new amenities and rewards to make your choice to experience the Nugget Casino Resort an easy selection.

It has been an exciting transformation for the Nugget these past few years. Some of the highlights include:

- Hotel Rooms remodeled, both towers
- Casino Floor remodeled
- Convention Space remodeled
- Pool and workout facilities upgraded
- Hotel Lobby remodeled
- Nugget Event Center opened, our one of kind outdoor Amphitheater largest in northern Nevada

As we continue to bring you the best offerings we are improving our casino floor and with that comes our new Player's Club, Nugget Advantage Rewards. You Chaledeeannka, are starting at our *Top Level, Platinum status*. You will remain at the Platinum status until the end of this year, December 31, 2020. At that time we will evaluate your play so be sure to qualify and maintain your status.

Use your Platinum card at your favorite machine or a Nugget Advantage Rewards kiosk to take advantage of all your rewards. If you have yet to pick up your new Platinum card and set up your PIN to access all the rewards you have earned playing at the Nugget be sure to attend this event.

> *VIP Platinum Members Party*
> **Saturday, March 28th, 2020**
> Platinum Lounge
> Enjoy Cocktails & Appetizers
> 4:00pm - 9:00pm

Please RSVP by contacting your host or the VIP Office by emailing SPA-VIPReservations@MarnellGaming.com.

Enjoy some of your new benefits, like **Half Off** any outlet when you pay with your points and dedicated **VIP Line Access** at our restaurants and Box Office.

We look forward to seeing you at the Nugget!

Sincerely,

*Mark Sterbens*

Mark Sterbens
General Manager

5132



**Casino Resort**

Nugget Casino Resort
**1100 Nugget Avenue**
**Sparks, NV 89431**
**800-843-2427**
**Hotel Fax: 775-356-4258**
**www.nuggetcasinoresort.com**

CHALEDEEANNKA GOYENS

15934 HESPERIAN BLVD STE 280

SAN LORENZO    CA 94580

| WING/ROOM | CT  2701 |
| NO PARTY | 2 |
| RESERVATION NO | 438562438582  Conf |
| PAGE | 1 |
| ARRIVAL | 01/27/2020 |
| DEPARTURE | 02/01/2020 |
| GROUP | DN0120E |
| CI | HAWETHERBE |

### Thank you for staying with us

| DATE | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|---------------|-------------|---------|---------|---------|
| 01/27/2020 | 438562438627 | CASH | | 89.11 | 89.11- |
| | | | | **BALANCE** | 89.11- |

**Cash Deposits:**  If the balance of the cash deposit is not collected at time of
check out, please contact Hotel Billing (775) 356-3359 for refund processing.

GUEST SIGNATURE _____



**Casino Resort**

**Nugget Casino Resort**
**1100 Nugget Avenue**
**Sparks, NV 89431**
**800-843-2427**
**Hotel Fax: 775-356-4258**
**www.nuggetcasinoresort.com**

CHALEDEEANNKA GOYENS

15934 HESPERIAN BLVD STE 280

SAN LORENZO    CA  94580

| | |
|---|---|
| WING/ROOM | CT  2521 |
| NO PARTY | 2 |
| RESERVATION NO | 437426820724 Conf |
| PAGE | 1 |
| ARRIVAL | 10/05/2019 |
| DEPARTURE | 10/08/2019 |
| GROUP | DA09H3E |
| CI | HFSTRACHAN |

### Thank you for staying with us

| DATE | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 10/05/2019 | 437426822202 | ROTISSERIE | 7.56 | | 7.56 |
| 10/06/2019 | 437436845235 | ROTISSERIE | 5.39 | | 12.95 |
| 10/06/2019 | 437436852524 | ROSIES | 10.82 | | 23.77 |
| 10/07/2019 | 437446866850 | ROTISSERIE | 25.96 | | 49.73 |
| 10/08/2019 | 437456880502 | CASH | | 10.00 | 39.73 |

| | |
|---|---|
| **BALANCE** | **39.73** |

**Cash Deposits:**  If the balance of the cash deposit is not collected at time of
check out, please contact Hotel Billing (775) 356-3359 for refund processing.

GUEST SIGNATURE  _____



**Casino Resort**

Nugget Casino Resort
1100 Nugget Avenue
Sparks, NV 89431
800-843-2427
Hotel Fax: 775-356-4258
www.nuggetcasinoresort.com

CHALEDEEANNKA GOYENS

15934 HESPERIAN BLVD STE 280
CORNOR RMS PLEASE FLR 15TH -20TH
SAN LORENZO   CA  94580

| | |
|---|---|
| WING/ROOM | CT   301 |
| NO PARTY | 2 |
| RESERVATION NO | 438642674343  Conf |
| PAGE | 1 |
| ARRIVAL | 02/08/2020 |
| DEPARTURE | 02/13/2020 |
| GROUP | CJU20C |
| CI | HFSTRACHAN |

### Thank you for staying with us

| DATE | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 02/08/2020 | 438682765595 | OYSTER BAR RESTAURANT | 4.33 | | 4.33 |
| 02/11/2020 | 438712814029 | CASH | | 72.10 | 67.77- |

| | | | | BALANCE | 67.77- |
|---|---|---|---|---|---|

**Cash Deposits:**  If the balance of the cash deposit is not collected at time of check out, please contact Hotel Billing (775) 356-3359 for refund processing.

GUEST SIGNATURE _____

611007

OMB No. 1545-2251

Form **1095-C**
Department of the Treasury
Internal Revenue Service

## Employer-Provided Health Insurance Offer and Coverage
▶ Do not attach to your tax return. Keep for your records.
▶ Go to *www.irs.gov/Form1095C* for instructions and the latest information.

**20 19**

☐ VOID

☒ CORRECTED

### Part I  Employee

| 1 Name of employee (first name, middle initial, last name) | | 2 Social security number (SSN) |
|---|---|---|
| Robert | Eberwein | XXX-XX-6024 |

**3 Street address (including apartment no.)**
15934 hesperian Blvd ste 280

| 4 City or town | 5 State or province | 6 County and ZIP or foreign postal code |
|---|---|---|
| San lorenzo | CA | US 94580 |

### Applicable Large Employer Member (Employer)

| 7 Name of employer | 8 Employer identification number (EIN) |
|---|---|
| Tesla Inc | 91-2197729 |

**9 Street address (including room or suite no.)**
901 Page Avenue

| | 10 Contact telephone number |
|---|---|
| | 833-543-1900 |

| 11 City or town | 12 State or province | 13 County and ZIP or foreign postal code |
|---|---|---|
| Fremont | CA | 94528 |

### Part II  Employee Offer of Coverage

Plan Start Month (enter 2-digit number): ☐

| | All 12 Months | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **14 Offer of Coverage (enter required code)** | | 1A | 1A | 1A | 1A | 1A | 1A | 1A | 1A | 1A | 1H | 1H | 1H |
| **15 Employee Required Contribution (see instructions)** | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| **16 Section 4980H Safe Harbor and Other Relief (enter code, if applicable)** | | | | | | | | | 2A | 2A | 2A | 2A | 2A |

### Part III  Covered Individuals

If Employer provided self-insured coverage, check the box and enter the information for each individual enrolled in coverage, including the employee.

| (f) Name of covered individual(s) First name, middle initial, last name | (g) SSN or other TIN | (h) DOB (if SSN or other TIN is not available) | (i) Covered all 12 months | (j) Months of Coverage Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Robert D Eberwein | XXX-XX-6024 | 10/23/1975 | ☒ | | | | | | | | | | | |
| 18 | [handwritten] A Coopens | XXX-XX-3472 | 01/23/1954 | ☒ | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 60705M

Form **1095-C** (2019)

124062532

Tesla Inc
901 Page Avenue
Fremont          CA    94528


Robert Eberwein
15934 hesperian Blvd ste 280
San lorenzo          CA    94580



Date of the notice: 02/14/2020




| WHAT IS THIS FORM? |
| --- |

The Patient Protection and Affordable Care Act requires organizations that employ more than 50 employees to file an informational return with the IRS about the offer of health coverage made to you, your spouse, and dependent children (if any).  You may receive multiple 1095 forms if you were employed by multiple employers throughout the calendar year.


| HOW DO I USE THIS FORM? |
| --- |

Please use this statement for informational purposes when filing your taxes.  The IRS will be provided with a copy of the information from this form so there is no need to file this with your tax forms.


| WHAT DO I DO IF I HAVE QUESTIONS? |
| --- |

For additional information about this requirement, please see Affordable Care Act Tax Provisions for Individuals and Families, available at: http://www.irs.gov/Affordable-Care-Act/Individuals-and-Families.

If information on this form is incorrect such as address or social security number please contact your Human Resources immediately.

Should you have any additional questions, please contact 844-215-5100.




124062532

## ELECTION FORM INSTRUCTIONS   *4;20—CV—03186—TSH*

**INSTRUCTIONS:**

○ To elect COBRA continuation coverage, you must complete and return the enclosed Election Form or complete **your online enrollment**, by the end of the election period. Under federal law, you have 60 days from the date of original notice or the coverage termination date, whichever is later, to elect COBRA continuation coverage under the Plan. Mail to:

**Tesla (c/o Businessolver, Inc)**
**ATTN: COBRA Administration**
**PO Box 310512 Des Moines, IA 50331-0512**
**833-543-1900**

○ If you do not submit a completed Election Form or complete **your online enrollment**, within this time, you will lose your right to elect COBRA continuation coverage.

○ You must make your first payment for COBRA coverage no later than 45 days after the postmark date of your election (this is the date your Election Form is mailed) or completiom of **your online enrollment**, If you do not make your first payment for COBRA coverage in full within 45 days after the date of your election, you will lose all COBRA rights under the Plan.

○ Subsequent payments are due on the 1st of the month. If you do not remit the full premium on a timely basis, your coverage may be terminated. Refer to the PREMIUM PAYMENT INFORMATION section for more information.

Only members covered at the time of Qualifying Event are eligible for continuation. The following Qualified Beneficiaries are eligible to continue coverage under COBRA:

| ~~Qualified Beneficiary~~ | Social Security Number |
|---|---|
| Robert Eberwein<br>debra goyens | XXX-XX-6024<br>XXX-XX-3672 |

If you elect to continue coverage, and if you meet all other requirements explained on the enclosed document, your COBRA continuation coverage will begin on **10/01/2019**.

### THIS ELECTION FORM MUST BE COMPLETED AND POSTMARKED BY <u>11/29/2019</u>.

**IMPORTANT:** Your first payment must cover the cost of COBRA coverage from the time your coverage under the Plan would have otherwise terminated up through the end of the month before the month in which you make your first payment.

Under federal law, you have 60 days from the date of original notice or the benefits termination date, whichever is later, to elect COBRA continuation coverage under the Plan. If you do not submit a completed Election Form within the 60 days, you will lose your right to elect COBRA continuation coverage. If you reject COBRA continuation coverage before the due date, you may change your election as long as you submit a completed Election Form within the required 60 days. If you change your election after first rejecting continuation coverage, your COBRA continuation coverage will begin on the date you furnish the revised Election Form. *California residents, please examine your options carefully before declining this coverage. You should be aware that companies selling individual health insurance typically require a review of your medical history that could result in higher premium or you could be denied coverage entirely.*

The Monthly Costs provided on this election form are based on a full month's premium. Upon receipt of your completed COBRA Continuation Election Form, as a courtesy, Businessolver, Inc may provide billing coupons to assist you in making timely payments. You are responsible for paying the monthly premium owed, as it appears on your billing coupons. Amounts displayed on the billing coupons will reflect pro-rated costs for partial month coverages and subsidies, if granted by the employer.

Regardless if coupons are sent, received, or utilized, future payments are due the first of each month thereafter, and must be postmarked on or before the due date. Failure to pay premiums by the end of the 30-day grace period will terminate your COBRA coverage. Once terminated, coverage will not be reinstated.

# ELECTION FORM

Read the important information about your rights included in this packet before completing your Election Form below.

### THIS ELECTION FORM MUST BE COMPLETED AND POSTMARKED BY <u>11/29/2019</u>.

**Place an "X" by Qualified Beneficiary to be covered:**

| | **Qualified Beneficiary** | **Social Security Number** |
|---|---|---|
| | Robert Eberwein | XXX-XX-6024 |

2183722



I/We elect COBRA continuation coverage as indicated below:

**Place an "X" by coverage selection:**                    **Monthly Cost**

Kaiser Plus
[ ] Employee Only                                          $ 441.90 /Monthly
[ ] Employee and Children plus Domestic Partner           $ 1,546.67 /Monthly
[ ] Employee and Domestic Partner and Domestic Partner Children   $ 1,546.67 /Monthly
[ ] Employee and Children plus Domestic Partner and Children   $ 1,546.67 /Monthly
[ ] Employee and Spouse                                    $ 1,104.76 /Monthly
[ ] Employee and Domestic Partner                         $ 1,104.76 /Monthly
[ ] Employee and Children                                 $ 883.81 /Monthly
[ ] Employee and Children plus Domestic Partner Children  $ 883.81 /Monthly
[ ] Employee and Domestic Partner Children                $ 883.81 /Monthly
[ ] Family                                                $ 1,546.67 /Monthly
Delta Dental Plus
[ ] Employee Only                                         $ 45.02 /Monthly
[ ] Employee and Children plus Domestic Partner           $ 162.11 /Monthly
[ ] Employee and Domestic Partner and Domestic Partner Children   $ 162.11 /Monthly
[ ] Employee and Children plus Domestic Partner and Children   $ 162.11 /Monthly
[ ] Employee and Spouse                                   $ 99.06 /Monthly
[ ] Employee and Domestic Partner                        $ 99.06 /Monthly
[ ] Employee and Children                                $ 108.07 /Monthly
[ ] Employee and Children plus Domestic Partner Children $ 108.07 /Monthly
[ ] Employee and Domestic Partner Children               $ 108.07 /Monthly
[ ] Family                                               $ 162.11 /Monthly
VSP Vision Base
[ ] Employee Only                                        $ 5.25 /Monthly
[ ] Employee and Children plus Domestic Partner          $ 18.40 /Monthly
[ ] Employee and Domestic Partner and Domestic Partner Children   $ 18.40 /Monthly
[ ] Employee and Children plus Domestic Partner and Children   $ 18.40 /Monthly
[ ] Employee and Spouse                                  $ 13.14 /Monthly
[ ] Employee and Domestic Partner                       $ 13.14 /Monthly
[ ] Employee and Children                               $ 10.51 /Monthly
[ ] Employee and Children plus Domestic Partner Children $ 10.51 /Monthly
[ ] Employee and Domestic Partner Children              $ 10.51 /Monthly
[ ] Family                                              $ 18.40 /Monthly

**( )  Check here if you wish to decline your right to continuation coverage under all health plans**

As a COBRA Qualified Beneficiary you are being given the opportunity to continue the EAP program through COBRA. If you elect to take this coverage, you will be charged $ 7.63 /Monthly until your COBRA end date, or, until you explicitly terminate this coverage, whichever is earlier.

[ ] Yes, I wish to elect the EAP program.
[ ] No, I do not wish to elect this plan.

Upon receipt of your completed COBRA Continuation Election Form, as a courtesy, Businessolver, Inc may provide billing coupons to assist you in making timely payments. Regardless if coupons are sent, received, or utilized, future payments are due the first of each month thereafter, and must be postmarked on or before the due date. Failure to pay premiums by the end of the 30-day grace period will terminate your COBRA coverage. Once terminated, coverage will not be reinstated.

Go to **www.TheTeslaLife.com**. If you have questions, please contact your COBRA Administrator at 833-543-1900.

02183722



**Tesla**
ATTN: COBRA Administration
PO Box 310512 Des Moines, IA 50331-0512

T H E T E S L A L I F E

September 13, 2019

**To the Family of:**
Robert Eberwein
15934 hesperian Blvd ste 280
San lorenzo, CA94580

### QUALIFYING EVENT NOTICE
### NOTICE TO CONTINUE COVERAGE UNDER COBRA
### (CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT)

This notice contains important information about your right to continue your health care coverage in the employer's plan (the Plan), as well as other health coverage alternatives that may be available to you through the Health Insurance Marketplace. Please read the information contained in this notice very carefully.

**Instructions to elect COBRA continuation coverage:**

○ Complete your online enrollment at www.TheTeslaLife.com or return the enclosed Election Form to us by the end of the election period.

  ○ Note that if you are enrolling online, you will need to register your online account if you have never done so. Your login credentials are NOT your Tesla credentials.

  ○ Under federal law, you have **60 days** from the date of original notice or the coverage termination date, whichever is later, to elect COBRA continuation coverage under the Plan.

  ○ If you do not actively elect coverage(s) within this time, you will lose your right to elect COBRA continuation coverage.

  ○ If you were offered subsidy to cover part of your COBRA coverage, you MUST take action and elect COBRA coverage. If you do not actively elect coverage(s) within this time, you will lose your right to elect COBRA continuation coverage and will not receive the subsidy from Tesla.

○ Please note, if you terminate your COBRA coverage without another qualifying event (e.g., birth of a child, spouse gaining coverage elsewhere, marriage, etc.), you'll have to wait to enroll in Marketplace or other coverage until the next open enrollment period, and could end up without any health coverage in the interim. Ending your COBRA coverage after your one month of Tesla subsidy is not considered a qualifying event at most employers and does not trigger special enrollment rights under another plan. You should contact your state's Marketplace to find out if ending COBRA coverage due to exhausting your subsidy from Tesla is considered a qualifying event since a few states do recognize this as a qualifying event (California does not).

○ You must make your first payment for COBRA coverage no later than 45 days after the postmark date of your election (this is the date your Election Form is mailed) or the date of your completed online enrollment.

  ○ If you do not make your first payment for COBRA coverage in full within 45 days after the date of your election, you will lose all COBRA rights under the Plan.

○ Subsequent payments are due on the 1st of the month. If you do not remit the full premium on a timely basis, your coverage may



enroll in Marketplace coverage until the       open enrollment period, and could end up with       any health coverage in the interim. Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has ended.

If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

**WHO IS ELIGIBLE FOR COBRA CONTINUATION COVERAGE?**
COBRA continuation coverage is available to all qualified beneficiaries from 10/01/2019 to 03/31/2021 (the end of the maximum period). Dependents not covered at the time of the qualifying event may be added only during Open Enrollment, if HIPAA special enrollment applies, or a status change event occurs to establish a right to enroll.

Continuation coverage for a qualified beneficiary will be terminated before the end of the maximum period, if:

1.  the required premium is not paid in full, on time;
2.  after electing continuation coverage, the qualifying beneficiary becomes covered under another group health plan
3.  after electing continuation coverage, the qualified beneficiary becomes entitled to Medicare (under Plan A, Plan B, or both); or
4.  the employer ceases to provide any group health plan for its employees.

Continuation coverage may also be terminated for any reason the Plan would terminate coverage of a participant or beneficiary not receiving continuation coverage (such as fraud).

You must notify Businessolver, Inc in writing within 30 days if, after electing COBRA, a qualified beneficiary becomes entitled to Medicare (Part A, Part B, or both) or becomes covered under other group health plan coverage.

Correspondence can be mailed to:

Tesla (c/o Businessolver, Inc)
ATTN: COBRA Administration
PO Box 310512 Des Moines, IA 50331-0512

COBRA coverage is subject to termination retroactive to the date (after your COBRA election date) when the qualified beneficiary becomes entitled to Medicare or becomes covered under other group health coverage, regardless of when notice of other coverage is provided.

**EXTENSION OF COVERAGE**
If you elect continuation coverage, an extension of the maximum period of coverage may be available if a qualified beneficiary is disabled or a second qualifying event occurs. You must notify Businessolver, Inc of a disability or a second qualifying event in order to extend the period of continuation coverage. Failure to provide notice of a disability or second qualifying event within 60 days of the event may affect the right to extend the period of continuation coverage.

Qualifying Event documentation must be mailed to:

Tesla (c/o Businessolver, Inc)
ATTN: COBRA Administration
PO Box 310512 Des Moines, IA 50331-0512

***Disability***
An 11-month extension of coverage may be available if any of the qualifying beneficiaries are determined by the Social Security Administration (SSA) to be disabled. The disability has to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the 18-month period of continuation coverage.

This notice must be mailed to:

Tesla (c/o Businessolver, Inc)
ATTN: COBRA Administration
PO Box 310512 Des Moines, IA 50331-0512

The notice must be received within 60 days after the latest of:

1.  the date of the SSA disability determination;
2.  the date on which the qualifying event occurred;
3.  the date on which the qualified beneficiary loses (or would lose) coverage under the terms of the Plan as a result of the covered employee's termination or reduction of work hours.
4.  the date on which the qualified beneficiary is informed of the obligation to provide the disability notice.

Regardless of the 60 day deadline described above, your notice must be provided no later than 18 months after your COBRA coverage began or you will not be eligible for a disability extension.



be terminated.  Refer to the PREMIUM. .AYMENT INFORMATION section for more infor. .on.

The health care coverage provided by Tesla to you, and/or your covered dependent(s) ends on 09/30/2019due to the qualifying event marked below.

| Qualifying Event | Duration of Coverage |
|---|---|
| Employment Termination | 18 months |

**GENERAL COBRA INFORMATION**
Federal Law requires that most group health plans give employees and their families the opportunity to continue their health care coverage when there is a "qualifying event" that would result in a loss of coverage under the employer's plan (the Plan). Depending on the type of qualifying event, "qualified beneficiaries" can include the employee covered under the group health plan, the covered employee's spouse, and/or dependent children of the covered employee.  Continuation coverage is the same coverage the Plan gives to active employees.  Each qualified beneficiary who elects continuation coverage will have the same rights under the Plan as other participants or beneficiaries covered under the Plan.

**ARE THERE OTHER COVERAGE OPTIONS BESIDES COBRA CONTINUATION COVERAGE?**
Yes. Instead of enrolling in COBRA continuation coverage, there may be other more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period."  Some of these options may cost less than COBRA continuation coverage.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you.  For example, if you move to other coverage you may pay more out of pocket than you would under COBRA because the new coverage may impose a new deductible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option.

You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage. You can learn more about the Marketplace below.

**WHAT IS THE HEALTH INSURANCE MARKETPLACE?**
The Marketplace offers "one-stop shopping" to find and compare private health insurance options.  In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums and cost-sharing reductions (amounts that lower your out-of-pocket costs for deductibles, coinsurance, and copayments) right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll.  Through the Marketplace you'll also learn if you qualify for free or low-cost coverage from **Medicaid** or the **Children's Health Insurance Program (CHIP)**.  You can access the Marketplace for your state at **www.HealthCare.gov**.

Coverage through the Health Insurance Marketplace may cost less than COBRA continuation coverage.  Being offered COBRA continuation coverage won't limit your eligibility for coverage or for a tax credit through the Marketplace.

**WHEN CAN I ENROLL IN MARKETPLACE COVERAGE?**
You always have 60 days from the time you lose your job-based coverage to enroll in the Marketplace.  That is because losing your job-based health coverage is a "special enrollment" event.  **After 60 days your special enrollment period will end and you may not be able to enroll, so you should take action right away.**  In addition, during what is called an "open enrollment" period, anyone can enroll in Marketplace coverage.

To find out more about enrolling in the Marketplace, such as when the next open enrollment period will be and what you need to know about qualifying events and special enrollment periods, visit **www.HealthCare.gov** or call 1-800-318-2596.

**IF I SIGN UP FOR COBRA CONTINUATION COVERAGE, CAN I SWITCH TO COVERAGE IN THE MARKETPLACE?  WHAT ABOUT IF I CHOOSE MARKETPLACE COVERAGE AND WANT TO SWITCH BACK TO COBRA CONTINUATION COVERAGE?**
If you sign up for COBRA continuation coverage, you can switch to a Marketplace plan during a Marketplace open enrollment period.  You can also choose to end your COBRA continuation coverage early and switch to a Marketplace plan if you have another qualifying event such as marriage or birth of a child through something called a "special enrollment period."  But be careful though - if you terminate your COBRA continuation coverage early without another qualifying event, you'll have to wait to



Signature                                          Date

Print Name

Telephone Number                                   Print Address

**COBRA PREMIUMS ARE SUBJECT TO CHANGE.**

2183722

enroll in Marketplace coverage until the l      open enrollment period, and could end up with      any health coverage in the interim. Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has ended.

If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

**WHO IS ELIGIBLE FOR COBRA CONTINUATION COVERAGE?**
COBRA continuation coverage is available to all qualified beneficiaries from 10/01/2019 to 03/31/2021 (the end of the maximum period). Dependents not covered at the time of the qualifying event may be added only during Open Enrollment, if HIPAA special enrollment applies, or a status change event occurs to establish a right to enroll.

Continuation coverage for a qualified beneficiary will be terminated before the end of the maximum period, if:

1. the required premium is not paid in full, on time;
2. after electing continuation coverage, the qualifying beneficiary becomes covered under another group health plan
3. after electing continuation coverage, the qualified beneficiary becomes entitled to Medicare (under Plan A, Plan B, or both); or
4. the employer ceases to provide any group health plan for its employees.

Continuation coverage may also be terminated for any reason the Plan would terminate coverage of a participant or beneficiary not receiving continuation coverage (such as fraud).

You must notify Businessolver, Inc in writing within 30 days if, after electing COBRA, a qualified beneficiary becomes entitled to Medicare (Part A, Part B, or both) or becomes covered under other group health plan coverage.

Correspondence can be mailed to:

Tesla (c/o Businessolver, Inc)
ATTN: COBRA Administration
PO Box 310512 Des Moines, IA 50331-0512

COBRA coverage is subject to termination retroactive to the date (after your COBRA election date) when the qualified beneficiary becomes entitled to Medicare or becomes covered under other group health coverage, regardless of when notice of other coverage is provided.

**EXTENSION OF COVERAGE**
If you elect continuation coverage, an extension of the maximum period of coverage may be available if a qualified beneficiary is disabled or a second qualifying event occurs. You must notify Businessolver, Inc of a disability or a second qualifying event in order to extend the period of continuation coverage. Failure to provide notice of a disability or second qualifying event within 60 days of the event may affect the right to extend the period of continuation coverage.

Qualifying Event documentation must be mailed to:

Tesla (c/o Businessolver, Inc)
ATTN: COBRA Administration
PO Box 310512 Des Moines, IA 50331-0512

**_Disability_**
An 11-month extension of coverage may be available if any of the qualifying beneficiaries are determined by the Social Security Administration (SSA) to be disabled. The disability has to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the 18-month period of continuation coverage.

This notice must be mailed to:

Tesla (c/o Businessolver, Inc)
ATTN: COBRA Administration
PO Box 310512 Des Moines, IA 50331-0512

The notice must be received within 60 days after the latest of:

1. the date of the SSA disability determination;
2. the date on which the qualifying event occurred;
3. the date on which the qualified beneficiary loses (or would lose) coverage under the terms of the Plan as a result of the covered employee's termination or reduction of work hours.
4. the date on which the qualified beneficiary is informed of the obligation to provide the disability notice.

Regardless of the 60 day deadline described above, your notice must be provided no later than 18 months after your COBRA coverage began or you will not be eligible for a disability extension.



# BANKRUPTCY COURT

RECEIVED

DISTRICT COURT

To Clerk An A.K. Boss, your Action have
caused such pain and humiliation. We have the
same lawyer, And Filing Fee was paid. *

**Name:** Test us ALAMEDA et al AND Xplaintiffs
Robert Eberwein is Greg Williams)
Tesla Human Resource Department Tesla
Information Technology Department Elon
Musk and Tesla third party IOBS Bruce,

Person 4:20-cv-03186-TSH

**Case #:** 4:20-cv-03186-TSH

We have reported this to every Court and Judge
you kept our paperwork for over 35 days.
For open both Cases 19-cv-6303- 28 USC 157
And 20-cv-03186-TSH ASAP 3/11/2020 Page

Robert Edwruein
15934 hespanier blvd snte 280
San Lorenzo, Ca 94580

04-CV-03186-TSH

Proposed order 2nd Decline
U.S Magistrate
Filed May 18, 2020

The Court, Instructs All Clerks WORKING

WITH ANA E , To REPRODUCE The 5/18/2020

5/22/2020 CROSS-COMPLAINT HELD FOR 33 DAYS

AND RE-OPEN BOTH CASES, ATTORNEY SPIRO

AND BATTLE PAID FEE FOR ALL WORKERS.

So Ordered, Re Assign TO US District

Judge

RECEIVED

2020 NOV 13 A 8 11

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

neopost
06/25/2020
US POSTAGE $008.25⁰

ZIP 94102
041M11225187

PRIORITY MAIL

UNITED STATES COURTS
Office of the Clerk, United States District Court
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RECEIVED
NOV 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4:20-CV-03186-TSH

Robert Eberwein
15934 Hesperian Blvd
Ste 250
San Lorenzo Ca. 94580
Roberteberwein@netscape.net

RECEIVED
2020 NOV 13 A 8: 12
SUSAN Y. SOONG
CLERK US DISTRICT COURT
ND DIST OF CA.

Return to Sender
Re-open letter
access assets
DD SUI SSDI
Back

PG 4 of 2



RECEIVED

2020 NOV 13  A  8 12

SUSAN Y. SOONG
CLERK.US DISTRICT COURT
NO. DIST OF CAL.

# BANKRUPTCY COURT

RECEIVED

DISTRICT COURT

To Clerk An A K Boss, your Action have
caused such pain and humiliation. We have the
Same lawyer And filing Fee was paid *

Test us ALAMEDA ET AL AND XA Plaintiff

**Name:** Robert Eberwein vs Greg Williams
Tesla Human Resource Department, Tesla
Information Technology Department, Elon
Musk and Tesla Third party (BBS Bruce

**Case #:** 4:20 - CV - 03186 -TSH

We have reported this to every court and Judge
you kept our paperwork for over 33 days.
He (or) both cases 19-cv-6303- 28 USC 157
And 20-cv-03186-TSH ASAP 13) 11/2022 Page

**From:** Joseph Eberwein <josepheberwein@gmail.com>
**To:** Anne Eberwein <anneeberwein@icloud.com>; Eberwein, Mark <Mark.eberwein@whotels.com>; Michele Eberwein <bigboxcrayon@gmail.com>; Robert Eberwein <roberteberwein@netscape.net>; Steve Eberwein <Seberw@gmail.com>; mrs.casti@yahoo.com <mrs.casti@yahoo.com>
**Subject:** Quick update on Dad
**Date:** Wed, Feb 27, 2019 10:49 am

All

Dad is likely going home in the next couple of weeks.   The VA will be sending a nurse to assess the house and determine additional needs (shower insert, toilet, etc).   When Dad goes home, he has been authorized three days at one hour a day for home health care.   This is not much and I am concerned on the workload on Mom.   The VA social worker is now involved, and we are working to arrange transportation to dad's physical therapy, speech therapy and cardiovascular provider.   There are two other programs involving home health care and will be completing the applications and meeting with the case worker next Friday, March 8th to discuss any other options for mom and dad.   Mark is going to take care of mom this weekend (Bob, what days did you say you were coming next week or was it this week).   If you have any other questions or thoughts, please let me know.

Joe

20-CV-03186-TSN

*4-5*

1    Robert D. Eberwein

2    10 Hallam St #200

3    SF, CA 94103   415-431-0541

4    robert.eberwein@netscape.net

5

6

7                              20-CV-03186-TSH

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         San Francisco Division

11   ROBERT EBERWEIN,                    Case No. 20-cv-08055-LB

12            Plaintiff,                 NOTICE OF ERRATA

13        v.                             ORDER GRANTING IN FORMA
                                         PAUPERIS APPLICATION *A CN P2O*
14   GREG VILLARNOS, et al.,             *TUNC 05-18-2020*
                                         Re: ECF No. 2
15            Defendants.

16

17       The plaintiff filed an application to proceed *in forma pauperis*. The court grants the

18   application. The court will address the issuance of the summons and service in a separate order.

19

20       **IT IS SO ORDERED.**

21       Dated: November 17, 2020

22                                       _____

23                                       LAUREL BEELER
                                         United States Magistrate Judge
24

25   *05-18-2020) DECLINATION U.S. MAGISTRATE WAS*

26   *RETURNED TO EBERWEIN WITHOUT BEING FILED.*

27   *THE TWO CASES ARE ONE*

28

ORDER – No. 20-cv-08055-LB                    *U.S. District Judge*

2-5

[Robert D. Eberwein

robert eberwein@
netscape.net
415-43-05241-8200
10 HALLAM #200
S, F, CA 94103
415-574-8705

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF

Proposed Order

FILED

DEC 01 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| Tesla      Plaintiff | )   Case No.: No.20-CV-8055-LB |
|   | ) |
| Vs | )   [Cross-Complaint  20-CV-03186-TSH  05182020 |
|   | )   Declination of U S Magistrate Thomas S Hixson |
| Alameda County, All Inclusive  Defendant | ) |
|   | )   Cross-Complaint  20-CV-08055-LB  05182020 |
|   | )   Declination of U S Magistrate Laura Beeler Doctrine |
| [Robert D Eberwein [Et Al All Alleged AKA Default | )   Unclean Hands Prior Magistrate 2016 |
| Vexatios Litigant BG05244910] | )   Declaratory Relief Injunction, to Stop CITI Bank, |
|   | Swords to Plowshares COVID Housing Removal,Travel |
|             Cross-Plaintiff, | Restriction |
|   | Nugget Resort Casino 3026389, 5221300, 2307056 thru |
|   | April 2021 |
| vs. |   |
|   | Notice of Errata NUN Pro Tunc May 18, 2020 |
| Villsenor, Kamal Harris Emhoff, Doug Emhoff, My |   |
|   | Motion More Definite Statement Finding of Facts U S |
| Prior Attorneys, IRS, State of California, Nevada, Brce | Magistrate Laura Beeler Order 11232020 |
| T Beesley GMAC Attorney, Et Al Clerks of Courts |   |
| Nationwide Default and Ana Sprinkles [33 day hold] |   |
| Defendant(s) |   |

:TO The Court  I Robert  Daniel Eberwein, pray for relief, as Not One Single Time Has The Parties listed

in My Employer Declaratory Relief 20-CV-03186-TSH.  Over the Last 15 years for myself  in my own skin, and

others that my vast investments, addressed in U S Magistrate Laura Beeler Order.  I personally attended Unlawful

Detainer Court December 2009, Presiding Judge Northridge. I   Robert Daniel eberwein, Lisa Swain-Morris,

Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein dba FBS Alameda County 388883 and 394717.

Informed all those waiting in the lobby to ask for jury trials and to turn in fee waiver request, and additional fee

wavier order for fees waved for all government employees.  The  Clerks  allowed that Process Servors  with unfilled

SUSAN Y.
CLERK, U.S. DISTRICT
NO. DIST...
2020 DEC -1  P 2...
RECEIVED

1   date and tie stamps on Prejudgment Right of Possession Forms where allowed to enter defaults on the same date

2   they returned the proofs of service.  The Declarations signed by Debt Collectors NationWide  I Am in COVID

3   Housing, thru Veteran Hospital Downtown Clinic, FEMA Funds.  Property Management Swords To Plowshare.  In

4   that building has 10::00 pm curfew and no vistors.  NOVEMEBER 2, 2020 Marnell Gaming LLC dba Nugget

5   Resort Casino Resort, On Site Manager Stacy Lantis Spierling, instructed the front desk manager Marylyn to

6   instruck the cashier, to cancel reservations through out the end of COVID period which has been extended to April

7   2021 from December 31, 2020,  Platinum is the highest card offered.  In expectation of retaliation for repeatedly

8   asking for booking confirmation throughout the end of the year, We called 911 to come assist get FIOA request of

9   our upcoming stays.  Until this is order written about the Tax liens, exatious order which states that Robert Ebewein

10  and Artis Bell are not included but aliases we get denied filinngs until we are in defense.  Federal Mortgage

11  Corporation is Fannie Mae Douglass Emhoff was it lawyer.  Kmala Harris Emhoff as Foreclosure Attorney And

12  Senator and they got less than allowed as we have filed in our bankruptcy cases.  Each Party City Of Berkeley is

13  where we have our office.  Bank Of new York for Coutrywidwe sold me one of the worse four plex in history.

14  Douglass Emhoff law fir Venerable has sanctions.  So All My bank accounts, earning, intellectual properties are

15  seized.

16          1. The JURISDICTION or reason your case is being filed in Federal Court. See 28 U.S.C. § 1331et seq.

17          2. The ALLEGATIONS or claims that you are making against the defendant(s). Place each allegation in a

18  short clearly-written paragraph. See Rule 10 Federal Rules of Civil Procedure.

19          3. The RELIEF you are seeking from the court. This can be money or something you want the Judge to

20  make the defendant do or stop doing. This information is usually written in the last paragraph of the COMPLAINT.

21                                  Dated this [23rd day of March, 2009] edit 11252020

22

23                                  Robert Daniel Eberwein ,
                                    roberteberwein@netscsape.net
24                                  10 Hallam St  200, SF Ca 94103

25                                  **YOU MUST SIGN YOUR COMPLAINT.**

26

UNITED STATES DISTRICT COURT

**DROP BOX FILING INFORMATION CARD**

Please complete the following information and insert this card in window of drop box pouch:

1. Case number: 20-CV-08055-LB \ 20-CV-03186

2. Short case title: Tesla US Alameda \ Eberwein US
   TESLA ETAL of _____ pouches.

3. This is pouch number: _____

4. Check enclosed:        ☐ Yes        ☐ No

5. Print your name: ARTIS C BELL

6. Name of messenger service (or firm) FBS 388883\39471-7

   Phone number: 415-574-8-107

RECEIVED

2020 DEC -1 P 5: 19

SUSAN Y. SOONG
CLERK,US DISTRICT COURT
NO. DIST. OF CA.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13C © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

RECEIVED

2020 DEC -1 P 5: 20

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

PRIORITY
★ MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AN
PLACE MAIL

FROM: Robert D Eberwein
10 Hallams St #200
S.F CA 94103

15896 Hesperian Blvd #290
San Lorenzo CA 94580

PRIORITY
★ MAIL ★
EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

TO:
Preceding US De Judge
Urgent Clerk Keep Returning
Cross Complaint 20-cv-03186-TSH
opened 11/16/2020 20-cv-03055-LB
Prayers for Relief Correction 3
are Made.

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

☐ PICKUP AVAILABLE

✓ SIGNATURE INCLUDED UPON REQUEST

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



* Money Back Guarantee to U.S., select APO/FPO/DPO, and select international
  destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



UNITED STATES
POSTAL SERVICE®

EP13C July 2013
OD: 11.625 x 15.125









**MAILING ENVELOPE**

